UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | CIVIL FILE NO.: 12-CV-03144 (JNE/TNL) |
|---|---|
| Bonita Brabec, | |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | |
| The Brachfeld Law Group, P.C., *a foreign professional corporation*, | |
| Defendants. | |

Plaintiff, by and through its undersigned counsel hereby dismisses its Complaint against Defendants with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

**MARSO AND MICHELSON, P.A.**

Dated: March 11, 2013

By:   s/Patrick L. Hayes
Patrick L. Hayes (0389869)
Attorneys for Plaintiff
3101 Irving Avenue South
Minneapolis, Minnesota 55408
Telephone: 612-821-4817
phayes@marsomichelson.com